ALLAYE CHAN LAW GROUP
Richard Allaye Chan, SBN: 176416
1000 G Street, Suite 220
Sacramento, CA 95814
Tel: (916) 446-4400
Fax: (916) 446-5514
Email: info@allayechan.com

Attorney for Debtors
JEFFREY SCOTT NEITHERCUTT &
BECKY LYDIA NEITHERCUTT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

JEFFREY SCOTT NEITHERCUTT &
BECKY LYDIA NEITHERCUTT,

Debtors.
_____/

Case No.: 15-27566-C-13C

In Chapter 13

Mtn. Ctrl. No.: RAC-1

**MOTION TO VALUE COLLATERAL OF CRHMFA HOMEBUYERS FUND**

Date: November 24, 2015
Time: 2:00 p.m.
Ctrm: 33
Dept: C

## MOTION

The motion of JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, Debtors and petitioners herein, respectfully represents:

1. Petitioners are the Debtors in Chapter 13 in the above-captioned bankruptcy case, having filed their petition for relief on September 28, 2015.

2. This motion is brought pursuant to 11 U.S.C. §506(a) and (d) and Bankruptcy Procedure 3012.

3. The Debtors request the court to value collateral held by creditor, CRHMFA HOMEBUYERS FUND, as security for the purpose of fixing the amount of the creditor's secured and unsecured claims on this obligation.

4. On or around January of 2012, Debtors entered into an agreement with CRHMFA HOMEBUYERS FUND for the purpose of completing energy upgrades on their real property located at 958 K Street, Davis, CA 95616. As shown in the CHF Loan and Security Agreement (and Grant), the collateral of the loan consisted of the following items: Lennox 2.5 to A/C = xc14-030 Coil=LC23, 37Y9BG Furnace = G61 MPV-36B-07 1 UPFLOW; 16 seer 13 eer 95% afue 2 heat. 1 coll Thermostat Vision Pro 8000 ARI=3333946; Panel 14xSchuco USA Model MPE 235 PS 09; Inverters Area 1 1 SMA Amenca Model SB4000us; 40 Gallon State GS6 40 OCT Water heater (hereinafter referred to as "Collateral). See Exhibit "A", a true and correct copy of CHF Loan and Security Agreement (and Grant).

5. The collateral is currently encumbered with a secured lien in the amount of $51,058.00.

6. At the time the filing of the petition the collateral had a collective value of $4,980.00. Said value is based on today's market, and the Debtors' personal knowledge of the condition of the collateral. See Exhibit "B", a true and correct copy of Schedule B listing individual value of collateral.

WHEREFORE, Debtors and Petitioners herein respectfully request an order that the value of the collateral held by creditor, CRHMFA HOMEBUYERS FUND, be valued at $4,980.00 and that the remainder of the claim be paid as an unsecured claim pursuant to the Chapter 13 Plan.

DATED: October 21, 2015        By: /s/ Richard Allaye Chan, Jr.
                                    Richard Allaye Chan, Jr.