ALLAYE CHAN LAW GROUP
Richard Allaye Chan, SBN: 176416
1000 G Street, Suite 220
Sacramento, CA 95814
Tel: (916) 446-4400
Fax: (916) 446-5514
Email: info@allayechan.com

Attorney for Debtors
JEFFREY SCOTT NEITHERCUTT &
BECKY LYDIA NEITHERCUTT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 15-27566-C-13C |
| JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, | In Chapter 13 |
| | Mtn. Ctrl. No.: RAC-1 |
| | **EXHIBITS** |
| | Date: November 24, 2015<br>Time: 2:00 p.m.<br>Ctrm: 33 |
| Debtors. | Dept: C |

Debtors, JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, hereby submit the following Exhibits in support of Motion to Value Collateral of CRHMFA HOMEBUYERS FUND:

Exhibit "A" - CHF Loan and Security Agreement (and Grant)

Exhibit "B" – Schedule B

DATED: October 21, 2015            By: /s/ Richard Allaye Chan, Jr.
                                       Richard Allaye Chan, Jr.

**EXHIBIT A**



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-CORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

*For Internal Use Only*

## CHF LOAN AND SECURITY AGREEMENT (AND GRANT)

This Loan and Security Agreement ("Agreement") is made by and between the borrower(s) listed below ("you" or "Borrower") and CRHMFA Homebuyers Fund ("CHF"), 1215 K Street, Suite 1650, Sacramento, CA 95814.

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| Jeff Neithercutt | | | Becky Neithercutt | | |
| MAILING ADDRESS | | | MAILING ADDRESS | | |
| 958 K Street | | | 958 K Street | | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| Davis | CA | 95616 | Davis | CA | 95616 |

"Agreement Date" means the date Borrower signs this Agreement, as evidenced by the date on the signature block below. If there is more than one Borrower, the Agreement Date is the date that the last Borrower signs this Agreement, as evidenced by the date on the signature block below.

### 1. TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 0.056% | $0.00 | $64,725.00 | $64,725.00 |

Your payment schedule will be as follows:

| NUMBER OF PAYMENTS | MONTHLY PAYMENT AMOUNT | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 180 | $359.58 | Monthly, beginning 2/1/2012 (ESTIMATED) |

### 2. ITEMIZATION OF AMOUNT FINANCED.

- $64,250.00 paid into the escrow (established pursuant to Section 10), on your behalf, and to be disbursed pursuant to the separate escrow instructions of Borrower.
- $250.00 paid to CRHMFA Homebuyers Fund for loan processing fee.
- $25.00 paid to North American Title Company for sub-escrow fees.
- $110.00 paid to North American Title Company for lender's policy.
- $90.00 paid to North American Title Company for processing, wire and recording fees.
- $275.00 prepaid finance charge (above disclosed loan processing and sub-escrow fees).

### 3. CONDITIONS TO FUNDING.
CHF's obligation to make/fund this Loan ("Loan") is subject to the full and complete satisfaction of the conditions set forth in section 9 (see reverse) (the "Conditions"). CHF will not make/fund this Loan until the Conditions are satisfied. If the Conditions are not satisfied within ninety (90) days of the Agreement Date (or any earlier date specified in this Agreement for the satisfaction of any particular condition set forth in section 9), CHF will have the right, but not the obligation, to terminate this Agreement without further obligation to you.

### 4. GRANT, CONDITIONS.
Addition to the Loan, you have been conditionally approved for a grant in the amount of $1,950.00 (the "Grant"). The Grant is comprised of the following components: (1) $400.00 for the initial energy audit; (2) $300.00 for the final energy audit; and $1,250.00 to reduce the cost of the energy efficiency improvements to your Property. CHF will not issue the Grant to you unless all of the Conditions to Loan funding set forth in Section 9 are satisfied. If you do not receive the Loan, you will not receive the Grant. Upon Loan funding, the Grant, together with the Loan proceeds, will be released to the escrow established pursuant to Section 10.

### 5. INTEREST.
Interest will be charged on that part of the principal which has not been paid. Interest will be charged beginning on the date the Loan funds are disbursed, and will continue until the full amount of principal has been paid. Interest is computed on the basis of a 365-day year.

### 6. LATE FEE.
Should you fail to make any payment under this Agreement within 15 days after such payment is due, you will be charged a late fee of 5% of the late payment, or $5.00, whichever is greater.

### 7. PREPAYMENT, PAYOFF.
You may prepay this Loan in whole or in part at any time without penalty. Whenever a prepayment is made, you must include a written notice with the payment identifying it as a prepayment. If you wish to pay the Loan balance in full, information about the payoff figures will be furnished upon request by calling (855) 740-8422.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy, Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.

Filed 10/21/15  Case 15-27566  Doc 17



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-BORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

**8. SECURITY INTEREST PROVISIONS.**

8.1 You may prepay this Loan in whole or in part at any time without penalty. Whenever a prepayment is made, you must include a written notice with the payment identifying it as a prepayment. If you wish to pay the Loan balance in full, information about the payoff figures will be furnished upon request by calling (855) 740-8422.

**Collateral Description (if equipment, include model numbers):**
1. Lennox 2.5 ton A/C = XC14-030 Coil = LC23/37+9BG Furnace = G61 MPV-36B-071 UPFLOW
2. 16 seer 13 eer 95% afue 2 heat/1 cool Thermostat Vision Pro 8000 ARI #3333946
3. Panel 14 x Schuco USA Model MPE 235 PS 09
4. Inverters Area 1 1 SMA America Model SB4000US
5. 40 Gallon State GS6 40 iOCT Water Heater

*The Collateral is located at and related to the following real property (the "Property"):* STREET ADDRESS  CITY  STATE  ZIP
958 & 960 K Street  Davis  CA  95616

8.2 CHF will record a Financing Statement as a "Fixture Filing" in the County where the Property is located. The Financing Statement will encumber the Collateral and will describe the Property to which it relates. You authorize CHF to prepare and file and/or record a Financing Statement and such other documents as may be required to perfect and maintain CHF's security interest in the Collateral. Refer to the Fixture Filing Disclosure Statement delivered to you for additional information.

8.3 You promise:
   A. To pay all amounts owed to CHF when they are due.
   B. To pay all expenses, including attorneys' fees, incurred by CHF in the perfection, preservation, realization, and enforcement of CHF's security interest in the Collateral.
   C. To indemnify CHF against loss of any kind, including reasonable attorneys' fees, caused to CHF by reason of its interest in the Collateral.
   D. To keep the Collateral in good repair.
   E. Not to sell, lease, transfer or otherwise dispose of a legal or equitable interest in the Collateral without CHF's prior written consent.
   F. Not to permit any additional liens upon the Collateral.
   G. To maintain fire and casualty insurance on the Property (including the Collateral) in a reasonable amount.
   H. To pay all taxes on the Property when due.
   I. To perform all acts necessary to maintain, preserve and protect the Collateral.
   J. Not to remove or sever the Collateral from the Property.

8.4 You warrant that you own the Property and are authorized to grant the security interests in the Collateral and make the covenants set forth above.

**9. CONDITIONS TO LOAN FUNDING AND GRANT.** CHF shall have no obligation to fund this Loan, to issue the Grant, or to pay any other amount to you unless and until all of the following Conditions are satisfied:

9.1 You and Contractor have each delivered to CHF a fully executed CHF form "Certification of Completion" (with all required attachments) certifying that the work required to be performed pursuant to the Home Improvement Contract between you and the Contractor has been performed as agreed. (As used in this Agreement, the term "Contractor" shall mean a CHF approved contractor with whom you have contracted to perform energy efficient improvements to the Property.)
9.2 CHF has received and approved a fully executed CHF form "Post-Construction Energy Audit Confirmation" from a CHF approved auditor.
9.3 Contractor has delivered lien releases to you (with copies to CHF) that will, upon full payment to Contractor, be effective to waive and release all mechanics and materialmen's liens in connection with or related to the work performed by Contractor on the Property.
9.4 You have fully executed and delivered to CHF all Loan and other documents required by CHF on or before the tenth (10th) business day following the Agreement Date.
9.5 You have not exercised your 3-day right to rescind/cancel this Agreement.

**10. ESCROW.** Funding of the Loan and issuance of the Grant will be made through an escrow opened to facilitate Loan closing. CHF will choose the escrow company; however, Borrower shall have the right to choose a different escrow company, subject to CHF's reasonable approval and Borrower's out-of-pocket payment of any and all additional costs.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8122 for details.

http: chfmistportal App_Mgmt.aspx  1/19/2012



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-CORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

*For Internal Use Only*

11. **DISCLAIMER.** CHF DOES NOT WARRANT THAT THE IMPROVEMENTS FINANCED UNDER THIS AGREEMENT WILL ACHIEVE ANY ENERGY SAVINGS OR OTHERWISE REDUCE YOUR UTILITY BILLS. CHF HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE GOODS, FIXTURES, AND OTHER IMPROVEMENTS FINANCED UNDER THIS AGREEMENT.

12. **DEFAULT AND REMEDIES.**
    12.1 The occurrence of any of the following events shall constitute an event of default under this Agreement:
    A. You fail to make any full payment, when due, of principal, interest or other amount required to be paid under this Agreement.
    B. You breach any obligation or covenant under this Agreement, any amendments or addendums to this Agreement, or any other agreement with CHF.
    C. Any representation, warranty, or statement made or furnished to CHF by or on your behalf proves to be false or misleading in any material respect when made or furnished.
    D. The Collateral is lost, stolen or damaged.
    E. There is a seizure or attachment of, or levy on, the Collateral or the Property.
    F. You voluntarily or involuntarily enter into bankruptcy proceedings.
    12.2 When an event of default occurs:
    A. CHF shall have the right, at its sole option, to declare all amounts owing or otherwise outstanding under this Agreement (including, without limitation, all interest and unpaid principal) immediately due and payable.
    B. CHF may exercise all rights and remedies available to a secured creditor after default, including, but not limited to, the rights and remedies of secured creditors under the California Commercial Code. These remedies include, but are not limited to, removal, repossession, and sale of the Collateral.
    C. You authorize CHF, its representatives, and/or agents to enter the Property or other premises where all or part of the Collateral is located and remove all or a portion of it.
    12.3 Neither the acceptance of any partial or delinquent payment by CHF, nor CHF's failure to exercise any of its rights or remedies on default, shall be a waiver of the default, a modification of this Agreement, or a waiver of any subsequent default.
    12.4 Anything herein to the contrary notwithstanding, in the event of a voluntary sale, transfer or conveyance of all or any portion of the Collateral as part of a sale, transfer or conveyance of a legal or equitable interest in the Property, without the prior written consent of CHF, any indebtedness or obligation hereunder, shall at the option of CHF, immediately become due and payable.

13. **MISCELLANEOUS PROVISIONS.**
    13.1 Except as expressly set forth in this Agreement, this Agreement may not be amended or terminated except by a writing signed by all of the parties hereto.
    13.2 This Agreement shall be governed by and construed in accordance with the laws of the State of California.
    13.3 This Agreement may be executed in counterparts, all of which together shall constitute one Agreement binding on all parties hereto from and after the time all parties have executed one counterpart.
    13.4 This Agreement will bind and benefit the successors and assigns of the parties, but you may not assign your rights under this Agreement without the prior written consent of CHF.
    13.5 For purposes of processing and facilitating your Loan and Grant: (i) you authorize CHF to disclose to Contractor that you have been approved for this Loan and the amount for which you have been approved, including any Grant approvals; and (ii) you authorize CHF to share with Contractor any and all information and documentation prepared or delivered in connection with the Loan and Grant transaction.
    13.6 You authorize CHF to disclose information about this Loan and your energy usage/savings to the California Energy Commission and the U.S. Department of Energy. You authorize the release of energy usage and billing information to CHF, the California Energy Commission, and the U.S. Department of Energy, for program evaluation and future energy efficiency monitoring.
    13.7 Except as otherwise expressly provided in this Agreement, the execution and delivery of this Agreement shall not be deemed to confer any rights upon (nor obligate any of the parties hereto to) any person or entity other than the parties hereto.
    13.8 This Agreement shall not be construed against either party, and notwithstanding any rule or maxim of construction to the contrary, any ambiguity or uncertainty shall not be construed against either CHF or Borrower based upon authorship of any of the provisions hereof.
    13.9 If any date for performance herein falls on a Saturday, Sunday or holiday, as defined in section 6700 of the California Government Code, the time for such performance shall be extended to 5:00 p.m. on the next business day. A "business day" shall mean a day that is not a Saturday, Sunday or legal holiday in the State of California.
    13.10 Time is of the essence in this Agreement.
    13.11 None of the captions of the articles, paragraphs and/or subparagraphs of this Agreement shall be construed as a limitation upon the language of the paragraphs and/or subparagraphs, said captions having been inserted as a guide and partial index and not as a complete index of the contents of such paragraph and/or subparagraph.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.

**EXHIBIT B**

B6B (Official Form 6B) (12/07)

In re　**Jeffrey Scott Neithercutt,**
　　　**Becky Lydia Neithercutt**
　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　Debtors

Case No. __**15-27566**__

# SCHEDULE B - PERSONAL PROPERTY

　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand<br>　In Debtor's Possession | C | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #...2066<br>　Patelco Credit Union | C | 0.00 |
| | | Savings Account #...2066<br>　Patelco Credit Union | C | 0.00 |
| | | Checking Account #...8166<br>　Travis Credit Union | C | 0.00 |
| | | Savings Account #...8166<br>　Travis Credit Union | C | 0.00 |
| | | Checking Account #...9875<br>　Travis Credit Union | C | 400.00 |
| | | Savings Account #...9875<br>　Travis Credit Union | C | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings<br>In Debtor's Possession (no individual item over $650 in value) | C | 4,035.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books, pictures, CDs and DVDs | C | 2,200.00 |
| 6. Wearing apparel. | | Wearing Apparel<br>　In Debtor's Possession | C | 600.00 |
| 7. Furs and jewelry. | | Jewelry<br>　In Debtor's Possession | C | 500.00 |
| | | | Sub-Total ><br>(Total of this page) | 7,765.00 |

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Jeffrey Scott Neithercutt,
       Becky Lydia Neithercutt,
                                                                    Case No. __15-27566__
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms**<br>1-Glock 17 - $200<br>1-Glock 27 - $200 | C | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy #...3790 - No Cash Value**<br>Farmers | C | 0.00 |
| | | **Term Life Insurance Policy #...8300 - No Cash Value**<br>Farmers | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **CALPERS** | C | 157,346.05 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Interest in Computer Integration Assets**<br>Notebook - $250.00<br>2 Laptops - $275.00<br>Dell Work Station and Printer - $750.00<br>Computer Cleaning Supplies - $25.00<br>Small Computer Tools - $50.00 | C | 1,350.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        159,096.05
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jeffrey Scott Neithercutt,**
       **Becky Lydia Neithercutt**                                           Case No.  __15-27566__
                                                              ,
                                                          Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Court Ordered Restitution** (Debtors' house was robbed. Court ordered restitution be paid to Debtors. Debtors receive about $50 every 4 months) | C | 1,750.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Tacticl Hacking for the Law Enforcement Professional** Debtor has entered into an agreement with Police Technical dba Police Publishing for the publication of his text book. It is unknown at this time what the success of the publication will be and how much the Debtor can expect to net from his royalties. The book will be sold for approximately $100 per unit. Debtor's royalty will be 10% per unit.  Debtor proposes to pay all royalties received from the book into the plan as additional payments. | C | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Acura MDX-143k miles - Fair Condition In Debtor's Possession | C | 7,785.00 |
| | | 1997 Honda CP - 280k miles - Fair Condition In Debtor's Possession | C | 724.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                                              Sub-Total >        10,259.00
                                                           (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey Scott Neithercutt,**            Case No.    **15-27566**
       **Becky Lydia Neithercutt**
                                               Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs<br>2 cats | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **\*Lennox 2.5 ton A/C = xc14-030 Coil = LC23,37Y9BG = G61 MPV-36B-071 UPFLOW-$850.00**<br>**\*16 seer 13 eer95% afue 2 heat, 1 cool Thermostat Vision Pro 8000 ARI=333946 - $50.00**<br>**\*Panel 14xSchuco USA Model MPR 235 PS 09 - $1,680.00**<br>**\*Inverters Area 1 1 SMA American Model SB4000US- $1,600.00**<br>**\*40 Gallon State GS^ 40 YOCT Water Heater - $800.00** | C | 4,980.00 |

                                                                                                    Sub-Total >      **4,980.00**
                                                                                                   (Total of this page)
                                                                                                     Total >     **182,100.05**

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

                                                                      (Report also on Summary of Schedules)