**2**

DOUGLAS H. KRAFT, ESQ. (State Bar No.155127)
KEVIN G. HOWARD, ESQ. (State Bar No. 222221)
KRAFT OPICH, LLP
7509 Madison Avenue, Suite 111
Citrus Heights, California 95610
Telephone: (916) 880-3040
Facsimile: (916) 880-3045

Attorneys for Creditor
CRHMFA Homebuyers Fund

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO. 15-27566 - C - 13C |
| JEFFREY SCOTT NEITHERCUTT and BECKY LYDIA NEITHERCUTT, | DC No.: KO-01 |
| Debtors. | Date: December 8, 2015<br>Time: **2:00 p.m.**<br>Court Room 33<br>501 I Street, 6th Floor<br>Sacramento, California<br>Judge: Hon. Christopher M. Klein |

**NOTICE OF OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN**

PLEASE TAKE NOTICE that creditor CRHMFA Homebuyers Fund ("CHF") hereby files its objection ("Objection") to confirmation of the Chapter 13 Plan of JEFFREY SCOTT NEITHERCUTT and BECKY LYDIA NEITHERCUTT ("Debtors," and each a "Debtor") pursuant to Federal Rule of Bankruptcy Procedure 3015 and LBR 3015-1(c)(4). A hearing on CHF's Objection is set for December 8, 2015 at 2:00 p.m. at the location described in the caption above, which is the confirmation hearing date and time designated in the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines for Debtors' case.

The Objection is based on CHF's non-consent to the treatment of its claim in the Chapter 13 Plan and the lack of feasibility of the Chapter 13 Plan.

**1**
Notice of Objection to Confirmation of Chapter 13 Plan

The Objection is supported by the Declaration of Peter Tran and the Request For Judicial Notice which have been served and filed herewith, as well as the papers, files, and records of this court in the within bankruptcy case, and upon such oral and documentary evidence as may be put forth at the time of the hearing, if any. Copies of the supporting pleadings may be viewed upon request of the Clerk of the Bankruptcy Court at the address set forth above.

No written response to this Objection is necessary. If a response is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Respectfully submitted,

Dated: November 5, 2015　　　　　KRAFT OPICH, LLP


By: */s/ Kevin G. Howard*
　　　KEVIN G. HOWARD, ESQ.
　　　CRHMFA Homebuyers Fund