**16**

1    DOUGLAS H. KRAFT, ESQ. (State Bar No.155127)
       KEVIN G. HOWARD, ESQ. (State Bar No. 222221)
2    KRAFT OPICH, LLP
       7509 Madison Avenue, Suite 111
3    Citrus Heights, California 95610
       Telephone: (916) 880-3040
4    Facsimile: (916) 880-3045

5    Attorneys for Creditor
       CRHMFA Homebuyers Fund

6

7

8                      UNITED STATES BANKRUPTCY COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11    In re:                               )    CASE NO. 15-27566 - C - 13C

12    JEFFREY SCOTT NEITHERCUTT and    )    DC No.: KO-01
        BECKY LYDIA NEITHERCUTT,        )
13                                   )    Date: December 8, 2015
        Debtors.                    )    Time: **2:00 p.m.**
14                                   )            Court Room 33
                                    )            501 I Street, 6th Floor
15                                   )            Sacramento, California
                                   )    Judge: Hon. Christopher M. Klein

16

**EXHIBITS A - E TO DECLARATION OF PETER TRAN IN SUPPORT OF
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

                                                                            **Page(s)**

**Exhibit A**    CHF Loan And Security Agreement (And Grant) dated

                 January 19, 2012 (the "Loan and Security Agreement"),

                 in the original principal amount of $64,725.00, executed

                 by Debtors in favor of CHF.                                2-6

**Exhibit B**    Fixture Filing Disclosure Statement dated January 19, 2012

                 (the "Disclosure Statement"), executed by Debtors.          7-8

**Exhibit C**    Recorded fixture filing, namely that certain UCC Financing

                 Statement recorded in the Official Records of Yolo County

                 on February 1, 2012, Document No. 2012-0003188-00

                 (the "Fixture Filing").                                             9-12

---

1

| | | Page(s) |
|---|---|---|
| **Exhibit D** | The Collateral was installed on March 12, 2012, evidenced by "Certificate of Completion" | 13-14 |
| **Exhibit E** | Estimated Disbursement Statement | 15-16 |

# EXHIBIT A



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-CORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

*For Internal Use Only*

## CHF LOAN AND SECURITY AGREEMENT (AND GRANT)

This Loan and Security Agreement ("Agreement") is made by and between the borrower(s) listed below ("you" or "Borrower") and CRHMFA Homebuyers Fund ("CHF"), 1215 K Street, Suite 1650, Sacramento, CA 95814.

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| Jeff Neithercutt | | | Becky Neithercutt | | |
| MAILING ADDRESS | | | MAILING ADDRESS | | |
| 958 K Street | | | 958 K Street | | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| Davis | CA | 95616 | Davis | CA | 95616 |

"Agreement Date" means the date Borrower signs this Agreement, as evidenced by the date on the signature block below. If there is more than one Borrower, the Agreement Date is the date that the last Borrower signs this Agreement, as evidenced by the date on the signature block below.

### 1. TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 0.056% | $0.00 | $64,725.00 | $64,725.00 |

Your payment schedule will be as follows:

| NUMBER OF PAYMENTS | MONTHLY PAYMENT AMOUNT | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 180 | $359.58 | Monthly, beginning 2/1/2012 (ESTIMATED) |

### 2. ITEMIZATION OF AMOUNT FINANCED.
- $64,250.00 paid into the escrow (established pursuant to Section 10), on your behalf, and to be disbursed pursuant to the separate escrow instructions of Borrower.
- $250.00 paid to CRHMFA Homebuyers Fund for loan processing fee.
- $25.00 paid to North American Title Company for sub-escrow fees.
- $110.00 paid to North American Title Company for lender's policy.
- $90.00 paid to North American Title Company for processing, wire and recording fees.
- $275.00 prepaid finance charge (above disclosed loan processing and sub-escrow fees).

### 3. CONDITIONS TO FUNDING.
CHF's obligation to make/fund this Loan ("Loan") is subject to the full and complete satisfaction of the conditions set forth in section 9 (see reverse) (the "Conditions"). CHF will not make/fund this Loan until the Conditions are satisfied. If the Conditions are not satisfied within ninety (90) days of the Agreement Date (or any earlier date specified in this Agreement for the satisfaction of any particular condition set forth in section 9), CHF will have the right, but not the obligation, to terminate this Agreement without further obligation to you.

### 4. GRANT, CONDITIONS.
Addition to the Loan, you have been conditionally approved for a grant in the amount of $1,950.00 (the "Grant"). The Grant is comprised of the following components: (1) $400.00 for the initial energy audit; (2) $300.00 for the final energy audit; and $1,250.00 to reduce the cost of the energy efficiency improvements to your Property. CHF will not issue the Grant to you unless all of the Conditions to Loan funding set forth in Section 9 are satisfied. If you do not receive the Loan, you will not receive the Grant. Upon Loan funding, the Grant, together with the Loan proceeds, will be released to the escrow established pursuant to Section 10.

### 5. INTEREST.
Interest will be charged on that part of the principal which has not been paid. Interest will be charged beginning on the date the Loan funds are disbursed, and will continue until the full amount of principal has been paid. Interest is computed on the basis of a 365-day year.

### 6. LATE FEE.
Should you fail to make any payment under this Agreement within 15 days after such payment is due, you will be charged a late fee of 5% of the late payment, or $5.00, whichever is greater.

### 7. PREPAYMENT, PAYOFF.
You may prepay this Loan in whole or in part at any time without penalty. Whenever a prepayment is made, you must include a written notice with the payment identifying it as a prepayment. If you wish to pay the Loan balance in full, information about the payoff figures will be furnished upon request by calling (855) 740-8422.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-BORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

**8. SECURITY INTEREST PROVISIONS.**

8.1 You may prepay this Loan in whole or in part at any time without penalty. Whenever a prepayment is made, you must include a written notice with the payment identifying it as a prepayment. If you wish to pay the Loan balance in full, information about the payoff figures will be furnished upon request by calling (855) 740-8422.

*Collateral Description (if equipment, include model numbers):*
1. Lennox 2.5 ton A/C #XC14-030 Coil # LCZ5/37Y98G Furnace #G61 MPV-36B-071 UPFLOW
2. 16 seer 13 eer 95% afue 2 heat/1 cool Thermostat Vision Pro 8000 ARI #3333946
3. Panel 14 x Schuco USA Model MPE 235 PS 09
4. Inverters Area 1 1 SMA America Model SB4000US
5. 40 Gallon State GS6 40 YOCT Water Heater

The Collateral is located at and related to the following real property (the "Property"):

| STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 958 & 960 K Street | Davis | CA | 95616 |

8.2 CHF will record a Financing Statement as a "Fixture Filing" in the County where the Property is located. The Financing Statement will encumber the Collateral and will describe the Property to which it relates. You authorize CHF to prepare and file and/or record a Financing Statement and such other documents as may be required to perfect and maintain CHF's security interest in the Collateral. Refer to the Fixture Filing Disclosure Statement delivered to you for additional information.

8.3 You promise:
  A. To pay all amounts owed to CHF when they are due.
  B. To pay all expenses, including attorneys' fees, incurred by CHF in the perfection, preservation, realization, and enforcement of CHF's security interest in the Collateral.
  C. To indemnify CHF against loss of any kind, including reasonable attorneys' fees, caused to CHF by reason of its interest in the Collateral.
  D. To keep the Collateral in good repair.
  E. Not to sell, lease, transfer or otherwise dispose of a legal or equitable interest in the Collateral without CHF's prior written consent.
  F. Not to permit any additional liens upon the Collateral.
  G. To maintain fire and casualty insurance on the Property (including the Collateral) in a reasonable amount.
  H. To pay all taxes on the Property when due.
  I. To perform all acts necessary to maintain, preserve and protect the Collateral.
  J. Not to remove or sever the Collateral from the Property.

8.4 You warrant that you own the Property and are authorized to grant the security interests in the Collateral and make the covenants set forth above.

9. **CONDITIONS TO LOAN FUNDING AND GRANT.** CHF shall have no obligation to fund this Loan, to issue the Grant, or to pay any other amount to you unless and until all of the following Conditions are satisfied:

9.1 You and Contractor have each delivered to CHF a fully executed CHF form "Certification of Completion" (with all required attachments) certifying that the work required to be performed pursuant to the Home Improvement Contract between you and the Contractor has been performed as agreed. (As used in this Agreement, the term "Contractor" shall mean a CHF approved contractor with whom you have contracted to perform energy efficient improvements to the Property.)

9.2 CHF has received and approved a fully executed CHF form "Post-Construction Energy Audit Confirmation" from a CHF approved auditor.

9.3 Contractor has delivered lien releases to you (with copies to CHF) that will, upon full payment to Contractor, be effective to waive and release all mechanics' and materialmen's liens in connection with or related to the work performed by Contractor on the Property.

9.4 You have fully executed and delivered to CHF all Loan and other documents required by CHF on or before the tenth (10th) business day following the Agreement Date.

9.5 You have not exercised your 3-day right to rescind/cancel this Agreement.

10. **ESCROW.** Funding of the Loan and issuance of the Grant will be made through an escrow opened to facilitate Loan closing. CHF will choose the escrow company; however, Borrower shall have the right to choose a different escrow company, subject to CHF's reasonable approval and Borrower's out-of-pocket payment of any and all additional costs.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.



**CHF LOAN AND SECURITY AGREEMENT (AND GRANT)**

| BORROWER | CO-BORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

*For Internal Use Only*

11. **DISCLAIMER.** CHF DOES NOT WARRANT THAT THE IMPROVEMENTS FINANCED UNDER THIS AGREEMENT WILL ACHIEVE ANY ENERGY SAVINGS OR OTHERWISE REDUCE YOUR UTILITY BILLS. CHF HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE GOODS, FIXTURES, AND OTHER IMPROVEMENTS FINANCED UNDER THIS AGREEMENT.

12. **DEFAULT AND REMEDIES.**
    12.1 The occurrence of any of the following events shall constitute an event of default under this Agreement:
    A. You fail to make any full payment, when due, of principal, interest or other amount required to be paid under this Agreement.
    B. You breach any obligation or covenant under this Agreement, any amendments or addendums to this Agreement, or any other agreement with CHF.
    C. Any representation, warranty, or statement made or furnished to CHF by or on your behalf proves to be false or misleading in any material respect when made or furnished.
    D. The Collateral is lost, stolen or damaged.
    E. There is a seizure or attachment of, or levy on, the Collateral or the Property.
    F. You voluntarily or involuntarily enter into bankruptcy proceedings.
    12.2 When an event of default occurs:
    A. CHF shall have the right, at its sole option, to declare all amounts owing or otherwise outstanding under this Agreement (including, without limitation, all interest and unpaid principal) immediately due and payable.
    B. CHF may exercise all rights and remedies available to a secured creditor after default, including, but not limited to, the rights and remedies of secured creditors under the California Commercial Code. These remedies include, but are not limited to, removal, repossession, and sale of the Collateral.
    C. You authorize CHF, its representatives, and/or agents to enter the Property or other premises where all or part of the Collateral is located and remove all or a portion of it.
    12.3 Neither the acceptance of any partial or delinquent payment by CHF, nor CHF's failure to exercise any of its rights or remedies on default, shall be a waiver of the default, a modification of this Agreement, or a waiver of any subsequent default.
    12.4 Anything herein to the contrary notwithstanding, in the event of a voluntary sale, transfer or conveyance of all or any portion of the Collateral as part of a sale, transfer or conveyance of a legal or equitable interest in the Property, without the prior written consent of CHF, any indebtedness or obligation hereunder, shall at the option of CHF, immediately become due and payable.

13. **MISCELLANEOUS PROVISIONS.**
    13.1 Except as expressly set forth in this Agreement, this Agreement may not be amended or terminated except by a writing signed by all of the parties hereto.
    13.2 This Agreement shall be governed by and construed in accordance with the laws of the State of California.
    13.3 This Agreement may be executed in counterparts, all of which together shall constitute one Agreement binding on all parties hereto from and after the time all parties have executed one counterpart.
    13.4 This Agreement will bind and benefit the successors and assigns of the parties, but you may not assign your rights under this Agreement without the prior written consent of CHF.
    13.5 For purposes of processing and facilitating your Loan and Grant: (i) you authorize CHF to disclose to Contractor that you have been approved for this Loan and the amount for which you have been approved, including any Grant approvals; and (ii) you authorize CHF to share with Contractor any and all information and documentation prepared or delivered in connection with the Loan and Grant transaction.
    13.6 You authorize CHF to disclose information about this Loan and your energy usage/savings to the California Energy Commission and the U.S. Department of Energy. You authorize the release of energy usage and billing information to CHF, the California Energy Commission, and the U.S. Department of Energy, for program evaluation and future energy efficiency monitoring.
    13.7 Except as otherwise expressly provided in this Agreement, the execution and delivery of this Agreement shall not be deemed to confer any rights upon (nor obligate any of the parties hereto to) any person or entity other than the parties hereto.
    13.8 This Agreement shall not be construed against either party, and notwithstanding any rule or maxim of construction to the contrary, any ambiguity or uncertainty shall not be construed against either CHF or Borrower based upon authorship of any of the provisions hereof.
    13.9 If any date for performance herein falls on a Saturday, Sunday or holiday, as defined in section 6700 of the California Government Code, the time for such performance shall be extended to 5:00 p.m. on the next business day. A "business day" shall mean a day that is not a Saturday, Sunday or legal holiday in the State of California.
    13.10 Time is of the essence in this Agreement.
    13.11 None of the captions of the articles, paragraphs and/or subparagraphs of this Agreement shall be construed as a limitation upon the language of the paragraphs and/or subparagraphs, said captions having been inserted as a guide and partial index and not as a complete index of the contents of such paragraph and/or subparagraph.

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (866) 740-9422 for details.

**NOTICE TO BORROWER(S):** Do not sign this Agreement before you read it or if it contains any blank spaces. You are entitled to a completely filled-in copy of this Agreement. This Agreement and all other documents required by CHF must be signed and accepted by you and delivered to CHF on or before the tenth (10th) business day following the Agreement Date or CHF will have no obligation to make this Loan or Grant to you. Refer to this Agreement for information about nonpayment, default, and any required payment in full before the scheduled date.

I have read, understand, and agree to the terms and conditions listed above and on the reverse side of this Agreement.

_[signature]_    01-19-2012    _Becky Northcutt_    01-19-2012
BORROWER'S SIGNATURE    DATE    CO-BORROWER SIGNATURE    DATE

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.

**EXHIBIT B**



**CHF LOAN - FIXTURE FILING DISCLOSURES STATEMENT**

| BORROWER | CO-BORROWER | FILE # |
|---|---|---|
| Jeff Neithercutt | Becky Neithercutt | 2036 |

*For Internal Use Only*

## FIXTURE FILING DISCLOSURE STATEMENT

By signing this Fixture Filing Disclosure Statement, each Borrower identified below acknowledges and agrees that:

1. Borrower has applied to, and been conditionally approved by, CRHMFA Homebuyers Fund ("CHF") for a CHF Loan ("Loan") under CHF's Residential Energy Retrofit Program, the proceeds of which will be used by Borrower to perform energy efficient residential improvements, including the purchase of certain goods (the "Collateral") to be installed as fixtures on the Borrower's real property ("Property").

2. In connection with the Loan, Borrower will enter into a CHF Loan and Security Agreement (and Grant) ("Loan Agreement") with CHF. Borrower's performance of its obligations under the Loan Agreement will be secured by a financing statement to be recorded as a fixture filing in the real property records as a lien against the Collateral (the "Fixture Filing"). The Fixture Filing will describe the Property to which it relates.

3. The Fixture Filing is intended to and will remain enforceable against the Collateral until all amounts owed to CHF under the Loan Agreement are satisfied.

4. The Fixture Filing will be a lien against the Collateral, and is intended to and shall be a purchase money priority lien, taking priority over pre-existing voluntary liens, fixture filings, and deeds of trust recorded against the Property, in accordance with California Commercial Code Section 9334(d).

5. The Collateral does not consist of ordinary building materials.

6. If Borrower obtains additional financing from other lenders after the date of the execution of the Loan Agreement, the Fixture Filing shall take priority over any such subsequent financing and related security documents unless and until CHF evaluates and consents to a junior lien position by signing a written subordination agreement in favor of a new lender. CHF shall have no obligation to enter into any such subordination agreement.

EACH BORROWER ACKNOWLEDGES THAT HE/SHE HAS READ AND AGREES WITH THE TERMS OF THIS FIXTURE FILING DISCLOSURE STATEMENT.

| BORROWER'S SIGNATURE | DATE | CO-BORROWER'S SIGNATURE | DATE |
|---|---|---|---|
| [signed] | 01-19-2012 | Becky Neithercutt | 01-19-2012 |
| **BORROWER'S NAME** | | **CO-BORROWER'S NAME** | |
| Jeff Neithercutt | | Becky Neithercutt | |
| **MAILING ADDRESS** | | **MAILING ADDRESS** | |
| 958 K Street | | 958 K Street | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| Davis | CA | 95616 | Davis | CA | 95616 |

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.

**EXHIBIT C**

2636

**Recording Requested by**
**Title Court Service**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

```
CRHMFA Homebuyers Fund
1215 K Street, Suite 1650
Sacramento, CA 95814
```

YOLO Recorder's Office
Freddie Oakley, County Recorder
DOC- 2012-0003188-00
Check Number   229339
REQD BY SPL EXPRESS INC
Wednesday, FEB 01, 2012 08:02:00
Ttl Pd    $20.00         Nbr-0000965793
                                FRT/R5/1-3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Neithercutt | Jeff | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 958 K Street | Davis | CA | 95616 | US |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b) -- do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Neithercutt | Becky | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 958 K Street | Davis | CA | 95616 | US |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR CRHMFA Homebuyers Fund | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1215 K Street, Suite 1650 | | | | US |

4. This FINANCING STATEMENT covers the following collateral:

| Lennox 2.5 ton A/C #XC14-030 Coil # LC23/37Y9BG Furnace #G61 MPV-36B-071 UPFLOW |
|---|
| 16 seer 13 eer 95% afue 2 heat/1 cool Thermostat Vision Pro 8000 ARI #3333946 |
| Panel 14 x Schuco USA Model MPE 235 PS 09 |
| Inverters Area 1 1 SMA America Model SB4000US |
| 40 Gallon State GS6 40 YOCT Water Heater |

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☑ AG. LIEN ☑ NON-UCC FILING

6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)  [ADDITIONAL FEE] [optional] ☑ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

http://chfmistportal/App_Mgmt.aspx                                    1/26/2012

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S LAST NAME: Neithercutt | FIRST NAME: Jeff | MIDDLE NAME, SUFFIX:

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any

**12.** ☐ ADDITIONAL SECURED PARTY'S ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

ADD'L INFO RE ORGANIZATION DEBTOR | 12e. TYPE OF ORGANIZATION | 12f. JURISDICTION OF ORGANIZATION | 12g. ORGANIZATIONAL ID #, if any

**13. This FINANCING STATEMENT covers**
☐ timber to be cut, or
☐ as-extracted collateral, or is filed as a
☑ fixture filing.

**14. Description of real estate:**
See attached Exhibit A.

Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Additional collateral description:

[ADD DESCRIPTION OF COLLATERAL FROM SECTION 8 of LOAN AGREEMENT. IF EQUIPMENT, INCLUDE MODEL NUMBERS.]

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

http://chfmistportal/App_Mgmt.aspx　　1/26/2012



## EXHIBIT "A"

The land referred to herein is situated in the State of California, County of Yolo, City of Davis described as follows:

LOT 70, IVY TOWN UNIT TWO, FILED MAY 21, 1963, IN BOOK 6 OF MAPS, PAGES 6 AND 7, YOLO COUNTY RECORDS.

APN: 070-394-004-000

North American Title Insurance Company

Policy No.: 54803-12-1128691-01　　　　Order No.: 54803-1128691-12

END OF DOCUMENT

3

# EXHIBIT D

No title 3-21-12



BORROWER    CO-BORROWER    **CERTIFICATION OF COMPLETION**
FILE # 2036
For Internal Use Only

## CERTIFICATION OF COMPLETION

### BORROWER INFO
BORROWER NAME: Jeff Neithercutt
MAILING ADDRESS: 958 K Street
CITY: Davis    STATE: Ca    ZIP: 95616
HOME PHONE: 530-902-6656    WORK PHONE:

### CO-BORROWER INFO
CO-BORROWER NAME: Becky Neithercutt
MAILING ADDRESS: SAME
CITY:    STATE:    ZIP:
HOME PHONE:    WORK PHONE:

### CONTRACTOR INFO
CONTRACTOR NAME: Advance Comfort & Energy Systems
MAILING ADDRESS: 4700 Lang Ave
CITY: McClellan    STATE: Ca    ZIP: 95652
LICENSE NUMBER: 162834
BUSINESS PHONE: 916-646-2700 Ext 1173

### PROJECT INFO
PROPERTY ADDRESS: 960 K Street + 958 K Street
CITY: Davis    STATE: Ca    ZIP: 95616
DATE OF HOME IMPROVEMENT CONTRACT AND ADENDUM (between Contractor and Borrower):
TOTAL PROJECT/CONTRACT PRICE: $ 66,200 -

### CONTRACTOR'S CERTIFICATION OF COMPLETION

The undersigned contractor certifies as follows:
(1) the work required by and in accordance with the terms of the Home Improvement Contract and Addendum referenced above has been completed; and
(2) the information supplied on this document is true and correct.

CONTRACTOR'S SIGNATURE    DATE: 3/21/12

DATE INSTALLED: 3/12/12
PERMIT NUMBER: 11-2404 + 11-2489
ISSUING AGENCY: City of Davis Building Inspection Division
DATE OF FINAL APPROVAL OF WORK BY ISSUING AGENCY: (attach copy of permit showing final approval by issuing agency)

### BORROWER'S CERTIFICATION OF COMPLETION

**NOTE: DO NOT SIGN UNTIL INSTALLATION IS COMPLETE**

I hereby confirm the satisfactory completion of the work contracted for pursuant to the Home Improvement Contract and Addendum referenced above, and authorize CHF to release the loan funds into escrow. I understand that interest will begin to accrue on my loan from CHF on the date the funds are released into escrow. I understand that loan funding and/or the issuance of any applicable grant is/are subject to the satisfaction of all funding conditions set forth in my Loan Agreement with CHF.

X _____    03-12-2012    X Becky Neithercutt    03-12-12
BORROWER'S SIGNATURE    DATE    CO-BORROWER'S SIGNATURE    DATE

The CHF Residential Energy Retrofit Program is sponsored by CRHMFA Homebuyers Fund (CHF), a California Joint Powers Authority. Funding for the program is made possible through a grant award from the Energy Commission Energy Resources Conservation and Development Commission of the State of California. Program restrictions apply. Call CHF at (855) 740-8422 for details.

**EXHIBIT E**



**NORTH AMERICAN TITLE COMPANY**
*Like Clockwork®*

2240 Douglas Boulevard, Suite 120 • Roseville, CA 95661

## Estimated Disbursement Statement

| Property: | 958-960 K Street, Davis, CA 95616 | File No: | 54803-1128691-12 |
|---|---|---|---|
| | | Print Date: | 01/26/2012, 2:36 PM |
| To: | CRHMFA Homebuyers Fund | | |
| | 1215 K Street, Suite 1650 | | |
| | Sacramento, CA 95814 | | |
| Reference: | Neithercutt | | |

| Charge Description | | Charge | Credit |
|---|---|---|---|
| **Adjustments:** | | | |
| New Loan Amount | | | 64,725.00 |
| Subtotal: | -64,725.00 | | |
| | | | |
| **New Loan(s):** | | | |
| Lender: CRHMFA Homebuyers Fund | | | |
| Processing Fee - CRHMFA Homebuyers Fund | | 250.00 | |
| credit for CHF Grant - CRHMFA Homebuyers Fund | | | 1,950.00 |
| County property taxes @$154.16/mo - CRHMFA Homebuyers Fund | | | |
| Subtotal: | -1,700.00 | | |
| | | | |
| **Title/Escrow Charges:** | | | |
| Sub-Escrow Fee (1102) to North American Title Company, Inc. | | 25.00 | |
| Processing Fee (1101) to North American Title Company, Inc. | | 40.00 | |
| Domestic Wire Fee (1101) to North American Title Company, Inc. | | 25.00 | |
| Recording Process Service Fee (1101) to North American Title Company, Inc. | | 25.00 | |
| FAST, LCP (NATICW) (1104) to North American Title Company, Inc. | | 110.00 | |
| Subtotal: | 225.00 | | |
| | | | |
| **Agent/Underwriter Premium Detail** | | | |
| Agent's portion of the total title insurance premium | 99.00 | | |
| to North American Title Company, Inc. | 99.00 | | |
| Underwriter portion of the total title insurance premium | 11.00 | | |
| to North American Title Insurance Company | | | |
| | | | |
| **Disbursements Paid:** | | | |
| Payment to Contractor to Advanced Comfort & Energy Systems (a Division of Bestler Corp) | | 66,200.00 | |
| Subtotal: | 66,200.00 | | |
| | | | |
| | Totals: | 66,675.00 | 66,675.00 |

Executed by:

_____
Contractor

_____
Borrower

_____
Borrower