**12**

1  DOUGLAS H. KRAFT, ESQ. (State Bar No.155127)
   KEVIN G. HOWARD, ESQ. (State Bar No. 222221)
2  KRAFT OPICH, LLP
   7509 Madison Avenue, Suite 111
3  Citrus Heights, California 95610
   Telephone: (916) 880-3040
4  Facsimile: (916) 880-3045

5  Attorneys for Creditor
   CRHMFA Homebuyers Fund
6

7

8                 UNITED STATES BANKRUPTCY COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11  In re:                          )   CASE NO. 15-27566 - C - 13C
                                    )
12  JEFFREY SCOTT NEITHERCUTT and   )   DC No.: RAC-1
    BECKY LYDIA NEITHERCUTT,        )
13                                  )   Date:  November 24, 2015
          Debtors.                  )   Time:  **2:00 p.m.**
14                                  )          Court Room 33
                                    )          501 I Street, 6th Floor
15                                  )          Sacramento, California
                                    )   Judge: Hon. Christopher M. Klein
16  _____ )

17    **EXHIBITS A-B TO DECLARATION OF DONNA BRADSHAW IN SUPPORT OF**
         **OPPOSITION TO MOTION TO VALUE COLLATERAL OF**
18                    **CRHMFA HOMEBUYERS FUND**

19                                                              **Page(s)**

20  **Exhibit A**    UCC-1 Financing Statement recorded in the Official

21                   Records of Yolo County on February 1, 2012 with a

22                   Document No. of 2012-0003188-00 ("Financing Statement").    2-5

23  **Exhibit B**    Appraisal Summary Report (the "Appraisal") with a "Retail

24                   Value" valuation date of [September 28, 2015], for the personal

25                   property described in the Financing Statement ("Collateral")

26                   located at 958 K Street, Davis, CA, 95616, APN 070-394-004-000    6-12

27

28
                                        1

# EXHIBIT A

2636

Recording Requested by
Title Court Service

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

CRHMFA Homebuyers Fund
1215 K Street, Suite 1650
Sacramento, CA 95814

YOLO Recorder's Office
Freddie Oakley, County Recorder
DOC- 2012-0003188-00
Check Number  229339
REQD BY SPL EXPRESS INC
Wednesday, FEB 01, 2012 08:02:00
Ttl Pd  $20.00      Nbr-0000965793
FRT/R5/1-3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Neithercutt | Jeff | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 958 K Street | Davis | CA | 95616 | US |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one debtor name (2a or 2b) -- do not abbreviate or combine names

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Neithercutt | Becky | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 958 K Street | Davis | CA | 95616 | US |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: CRHMFA Homebuyers Fund

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1215 K Street, Suite 1650 | | | | US |

4. This FINANCING STATEMENT covers the following collateral:

Lennox 2.5 ton A/C #XC14-030 Coil # LC23/37Y9BG Furnace #G61 MPV-36B-071 UPFLOW
16 seer 13 eer 95% afue 2 heat/1 cool Thermostat Vision Pro 8000 ARI #3333946
Panel 14 x Schuco USA Model MPE 235 PS 09
Inverters Area 1 1 SMA America Model SB4000US
40 Gallan State G66 40 YOCT Water Heater

5. ALTERNATIVE DESIGNATION [if applicable]: ☒ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☒ All Debtors ☒ Debtor 1 ☒ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

http://chfmistportal/App_Mgmt.aspx                    1/26/2012

(3)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Neitheroutt | Jeff | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**12. ☐ ADDITIONAL SECURED PARTY'S ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| | ADD'L INFO RE ORGANIZATION DEBTOR | 12a. TYPE OF ORGANIZATION | 12f. JURISDICTION OF ORGANIZATION | 12g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**13. This FINANCING STATEMENT covers**
- ☐ timber to be cut, or
- ☐ as-extracted collateral, or is filed as a
- ☑ fixture filing.

**14. Description of real estate:**
See attached Exhibit A.

Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

Additional collateral description:

[ADD DESCRIPTION OF COLLATERAL FROM SECTION 8 of LOAN AGREEMENT. IF EQUIPMENT, INCLUDE MODEL NUMBERS.]

**17.** Check only if applicable and check only one box

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
- ☐ Debtor is a TRANSMITTING UTILITY
- ☐ Filed in connection with a Manufactured-Home Transaction
- ☐ Filed in connection with a Public-Finance Transaction



## EXHIBIT "A"

The land referred to herein is situated in the State of California, County of Yolo, City of Davis described as follows:

LOT 70, IVY TOWN UNIT TWO, FILED MAY 21, 1963, IN BOOK 6 OF MAPS, PAGES 6 AND 7, YOLO COUNTY RECORDS.

APN: 070-394-004-000

END OF DOCUMENT

3

# EXHIBIT B



westauction.com

# RESTRICTED APPRAISAL

Report prepared in accordance to:

## APPRAISAL STANDARDS BOARD

### THE APPRAISAL FOUNDATION

*Authorized by Congress as the Source of Appraisal Standards and Appraiser Qualifications*

Uniform Standards of Professional Appraisal Practice (USPAP). 2014-2015

## SBA

*U.S. Small Business Administration*

Appraisal Of:      HVAC and Solar Electric System

Appraisal For:      CRHMFA Homebuyers Fund ("CHF")

Replacement Cost Used In-Place: $16,355.00

Effective Date:      September 28, 2015

P.O. Box 278, Woodland, CA 95776
Phone: 530.661.0490     Fax: 530.661.2499
www.westauction.com

# Assignment

**Report Date:**    November 10, 2015


**Client:**        Peter Tran
                   CRHMFA Homebuyers Fund
                   c/o Kevin G. Howard
                   Kraft Opich, LLP
                   7509 Madison Avenue, Suite 111
                   Citrus Heights, CA 95610

**Intended User:** CRHMFA Homebuyers Fund ("CHF") and their legal counsel

**Intended Use:** Evidence of value supporting an opposition to bankruptcy debtors' motion to value CHF's collateral (the subject equipment).

**Property General Description:** HVAC and solar electric system

**Inspection Date:**  No inspection was conducted.

**Location of property:** 958 K Street, Davis, CA 95616

**Name(s) of parties present at time of inspection:** N/A

**Objective:**    Determine the replacement cost used in-place.

**Property Owners:**    Jeff and Becky Neithercutt

**Replacement Cost Used In-Place Definition:**

Replacement cost used is the cost necessary to replace an item of property with a used (comparable) property. Replacement cost used in-place takes into consideration the costs associated with installation of the property.




# Scope of Work

Approach(s) To Value:
The sales comparison approach was used. This method of valuation involves comparison of the subject property with similar items that have sold in the past within the market considered most common for the subject property.

Market(s) Analyzed:
Markets explored included retail dealers, along with refurbished markets where such property is most commonly sold to the public. Sources of data for my value conclusions also include invoices, advertisements, nationally recognized price guides, sales by dealers/retailers, or other personal observations.

General Condition:
In general, the condition of the equipment is assumed to be used, to be of average condition and of varying quality. Ordinary wear and tear is NOT noted.   Any alterations from operable condition or damage beyond that usual and common for items of similar age are so noted in the appraisal report.

# Values

| Item | Description | Replacement Cost Used | In-Place (Installation Costs) |
|------|-------------|----------------------:|------------------------------:|
| 1 | Lennox 2.5 ton A/C Unit | 3,200.00 | 3,400.00 |
|   | #XC14-030 | | |
|   | Coil # LC23/37Y9BG | | |
|   | Furnace #G61 MPV-36B-071 Upflow | | |
|   | 16 seer 13 eer 95% afue 2 heat / 1 cool | | |
| 2 | Honeywell Thermostat Vision Pro 8000, ARI #3333946 | 85.00 | 95.00 |
| 3 | Panel 14 x Schuco USA, Model MPE 235 PS 09 | 2,450.00 | 3,600.00 |
| 4 | Inverters Area 1 1 SMA America, Model SB40000US | 1,600.00 | 1,200.00 |
| 5 | 40 Gallon State GS6 40 YOCT Water Heater | 325.00 | 400.00 |
|   | **Total Replacement Cost Used** | **$7,660.00** | **$8,695.00** |
|   | | | |
|   | **Total Replacement Cost Used In-Place (Includes Installation):** | | **$16,355.00** |

# Restricted Use & Limitations

This appraisal report is rendered null and void should it be used by anyone other than the intended user, or used for any function other than the intended use.

This appraisal report is rendered null and void should any portion of the entire report be left out or omitted during its use. It is to be used only in its entirety.

The value(s) expressed in this report do not reflect any anticipated selling costs or commissions. Nor do they reflect the income stream of the ongoing business, the present or past worth of income, or that, which may be anticipated to be generated in the future. Leasehold improvements have not been taken into consideration unless specifically noted elsewhere in this report.

Where values were given by grouping, lines and systems, the group represents the property in its present use. The values for these groups are for the whole and no opinion is given as to individual or proportionate values within the groups.

As the equipment was not inspected, it was not observed in operation, therefore, the assumption is made that all equipment was operable of this type and quality.

Unless stated elsewhere, this appraisal is based only on the readily apparent identity of the items appraised and no further opinion or guarantee of authenticity, genuineness, attribution or authorship is made. This appraisal is not an indication or certificate of title of ownership. The identification of the interest of the property has been represented to me by my client and no inquiry or investigation will be made nor is any opinion to be given as to the truth of such representation.

The appraised values are based upon the whole interest undiminished by any liens, fractional interests or any other form of encumbrance or alienation.

The conclusions expressed herein are based on the appraiser's best judgment and opinion and may have been formed on extraordinary assumptions based on information provided to the appraiser by the client and/or owner. Extraordinary assumptions are assumptions which could be contrary to fact and which, if contrary to fact, could result in a different value conclusion. The conclusions are not a representation or warranty that the items will realize those amounts if offered for sale at auction or otherwise.

With the exception of the client, possession of this report or its copy does not carry with it the right of publication, nor may this report be used for any purpose by anyone other than my client without my previous written consent. If this report is reproduced copied or otherwise used, it must be done so in the report's entirety. Furthermore, no change to any item in this appraisal shall be made by anyone other than the appraiser.

Should, in conjunction with this appraisal, additional services be requested of by the client, his/her agent or attorney, or the courts (such as for added time researching for other value purposes, pretrial conferences, court appearances, court preparations, etc.), compensation shall be at my customary hourly rate.

All information concerning this appraisal is confidential. A copy of this document will be retained along with the original notes and others will not be allowed to have access to these records without written permission from the client, unless so ordered by a court of law.

This appraisal is largely based on extraordinary assumptions, any one of which, if proven to be incorrect, could render the value conclusion inaccurate. I have advised you of the limitations involved in appraising from a written description and that, for greater reliability in the value conclusion, the property should be available for personal inspection. Although this appraisal has a very limited scope of work, and the values may be considerably more or less, subsequent to a personal inspection, I have determined that the results would not mislead you.

# Certification

I certify that to the best of my knowledge and belief:

a.  The statements of fact contained in this report are true and correct. The opinions stated are based on a full and fair consideration of all the facts available.

b.  The reported analyses, opinions, and conclusions are limited only by the reported critical assumptions and limiting conditions, and is my personal, impartial, and unbiased professional analyses, opinions and conclusions.

c.  I have no undisclosed past, present or contemplated future interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

d.  I have performed no services, as an appraiser regarding the property that is subject to this report within the three-year period immediately preceding acceptance of this assignment.

e.  I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

f.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.

g.  My compensation for this appraisal is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

h.  I did not personally inspect the property. As agreed, my inspection was limited to the description provided by my client.

i.  Unless noted elsewhere, no one provided significant professional assistance to the person signing this report.

j.  This appraisal has been prepared in conformity with and is subject to the current version of the International Society of Appraisers' *Appraisal Report Writing Standard and Code of Ethics*. In addition, my analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the 2014-**2015 Appraisal Foundation's** *Uniform Standard of Professional Appraisal Practice (USPAP)*.

Prepared by:

*Donna Bradshaw*

**ISA**
INTERNATIONAL
SOCIETY *of* APPRAISERS
M e m b e r

Donna Bradshaw, ISA
USPAP Compliant
International Society of Appraisers

**Professional Profile**
**for**
**Donna Bradshaw**



**Appraiser with the International Society of Appraisers**

Course 101:    Appraisal Theory, Appraisal Process and Functions of Appraisals
Course 102:    Ethics and Standards of Professional Personal Property Appraising, Report
Course: 103:   Writing Standards, Market Value and Research Analysis, and
               Identification and Authentication
Course 104:    Legal Aspects of Appraising, Case Studies, Expert
               Witness, IRS and Bankruptcy Report Writing
USPAP:         USPAP Certification, Re-Certified in 2014
               Uniform Standards of Professional Appraisal Practice
NYU:           Wine Appraising: An Intensive Course in Napa and Sonoma
ISA:           Requalification as Appraiser of Personal Property

**Experience**

**West Auctions, Inc.**
14 years' experience in appraisal research and report writing
24 years' experience in auctions and liquidations

**Select Clients Include:**

Sheri Carello, Bankruptcy Trustee
Thomas A. Aceituno, Bankruptcy Trustee
U.S. Small Business Administration
Wells Fargo Bank
Bank of the West
First Bank
Mechanics Bank
Umpqua Bank
US Bank