```
ALLAYE CHAN LAW GROUP
Richard Allaye Chan, Jr. SBN: 176416
1000 G. Street, Suite 220
Sacramento, CA 95814
Tel: (916)446-4400
Fax: (916)446-5514
Email: info@allayechan.com

Attorney for Debtors
JEFFREY SCOTT NEITHERCUTT &
BECKY LYDIA NEITHRCUTT
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re:<br>JEFFREY SCOTT NEITHERCUTT &<br>BECKY LYDIA NEITHRCUTT,<br><br><br><br>    Debtors.<br>_____/ | Case No.: 15-27566-C-13C<br><br>In Chapter 13<br><br>Mtn. Ctrl. No.RAC-02<br><br>**EXHIBIT**<br><br>Date: January 12, 2016<br>Time: 2:00 p.m.<br>Ctrm: 33<br>Dept: C |
|---|---|

Debtors, JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, hereby submit the following exhibit in support of the Motion to Confirm First Amended Chapter 13 Plan Filed on 11/20/2015.

Exhibit "A" – Amended Schedule J

Dated: October 13, 2015        By: **/s/Richard Allaye Chan, Jr.**
                                   Richard Allaye Chan, Jr.
                                   ALLAYE CHAN LAW GROUP

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jeffrey Scott Neithercutt |
| Debtor 2 (Spouse, if filing) | Becky Lydia Neithercutt |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | 15-27566 |

Check if this is:
- ■ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date: MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ■ Yes. Does Debtor 2 live in a separate household?
     - ■ No
     - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent..........
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:
   
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 50.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

| Debtor 1 | Jeffrey Scott Neithercutt | | |
|---|---|---|---|
| Debtor 2 | Becky Lydia Neithercutt | Case number (if known) | 15-27566 |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 54.00
   - 6b. Water, sewer, garbage collection — 6b. $ 251.80
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 320.38
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 800.05
8. **Childcare and children's education costs** — 8. $ 400.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 150.00
10. **Personal care products and services** — 10. $ 125.00
11. **Medical and dental expenses** — 11. $ 180.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 35.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 122.94
    - 15b. Health insurance — 15b. $ 1,280.00
    - 15c. Vehicle insurance — 15c. $ 131.82
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 6I). — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify:
    - Auto Registration — 21. +$ 60.00
    - Uniforms — +$ 90.82
    - Non-reimbursed work expenses — +$ 1,434.00
    - School Lunches — +$ 100.00
22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ 5,835.81
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 10,253.81
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 5,835.81
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 4,418.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes. Explain: *18 year old daughter is in high school and is visually impaired. In addition to other educational activities, she participates in an audition only choir. School district does not provide visual aide services for any related activities off campus.
    *Debtor works in Newark. An amount has been included for non-reimbused per diem expenses to cover hotels and food while in Newark. An amount has been included for fuel that is in additon to the amount included on the regular monthly budget.