DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 15-27566 - C - 13C |
| | ) DCN: DPC- 2 |
| | ) |
| JEFFREY SCOTT NEITHERCUTT | ) DECLARATION OF ED WEEDMAN |
| BECKY LYDIA NEITHERCUTT | ) IN SUPPORT OF TRUSTEE'S |
| | ) MOTION TO DISMISS CASE |
| | ) |
| | ) DATE:       JANUARY 18, 2017 |
| | ) TIME:       10:00 A.M. |
| | ) JUDGE:      CHRISTOPHER KLEIN |
| Debtor(s) | ) COURTROOM:  33 |

I, Ed Weedman, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. I have reviewed the Trustee's records and show that:

The Plan will complete in 96 months as opposed to 60 months proposed. The debtor has failed to comply with Section 2.08 (b) (4)(i) of the plan, (DN 38, Page 2).

The debtors confirmed plan called for 2 payments of $4,203.00 and 58 payments of $4,418.00. The monthly contract installment has increased three times since filing from $2,165.15 to $2,986.64 currently. The debtors have failed to increase their plan payment to account for these changes. The current plan payment net of Trustee fees and the monthly contract installment is $1,157.44

According to the Trustee's calculations approximately $94,000.00 including Trustee fees but excluding the monthly contract installment remain to be paid. Thus $94,000.00 / $1,157.44 = 82 months remaining. The debtors have completed 14 months of the plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2016 at Folsom, California.

*[signature]*
Ed Weedman