ALLAYE CHAN LAW GROUP
Richard Allaye Chan, Jr. SBN: 176416
2001 H Street, 2nd Floor
Sacramento, CA 95811
Tel: (916) 446-4400
Fax: (916) 446-5514
Email: info@allayechan.com

Attorney for Debtors
JEFFREY SCOTT NEITHERCUTT &
BECKY LYDIA NEITHERCUTT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 15-27566-C-13C |
| JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, | In Chapter 13 |
| | DCN: DPC-2 |
| | **DEBTORS' DECLARATION IN RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE** |
| | Date: January 18, 2017<br>Time: 10:00 A.M.<br>Ctrm: 33<br>Dept: C |
| Debtors. / | |

WE, JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, the Debtors herein, hereby submit this Declaration in Support of our response to Trustee's Motion to Dismiss Case.

1. On or about December 21, 2016, the Chapter 13 Trustee filed a motion to dismiss our case. The Trustee alleges that we are in material default with respect to the confirmed plan because according to the Trustee's

calculations the Plan will complete in 96 months as opposed to 60 months proposed.

2. On April 22, 2016, Wells Fargo Bank, N.A. filed a Notice of Mortgage Payment Change which increased the ongoing mortgage payment amount.

3. On June 29, 2016, Wells Fargo Bank, N.A. filed a Notice of Withdrawal of Mortgage Payment Change. We wrongly assumed that the withdrawal was for the most recent mortgage increase.

4. Our ongoing mortgage payment increased during the life of the plan in accordance with the pre-petition loan modification. We will pay $5,532.00 prior to the hearing on the trustee's motion to dismiss, and for each month thereafter. In this way our plan will complete in 60 months.

We, JEFFREY SCOTT NEITHERCUTT & BECKY LYDIA NEITHERCUTT, hereby certify under penalty of perjury that we have read the foregoing Declaration and that the contents thereof are true and correct.

Executed on January 2, 2017, at Davis, Yolo County, California.

By: **/s/ Jeffrey Scott Neithercutt**
Jeffrey Scott Neithercutt, Declarant

By: **/s/ Becky Lydia Neithercutt**
Becky Lydia Neithercutt, Declarant