DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000
legalmail@cusick13.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JEFFREY SCOTT NEITHERCUTT<br>BECKY LYDIA NEITHERCUTT<br><br>Debtors | Bankruptcy Case No. 15-27566-C-13C<br><br>Chapter 13<br><br>ORDER APPROVING STIPULATED EX PARTE APPLICATION BETWEEN DEBTORS AND TRUSTEE TO ALLOW MODIFICATION OF DEBTOR'S PLAN PURSUANT TO LBR 3015-1(d)(3c) |

IT IS HEREBY ORDERED that debtor's Chapter 13 Plan confirmed February 16, 2016 is modified as follows: The Plan payments are modified from $4,203.00 for 2 months, then $4,418.00 for 58 months with no less than 0% to unsecured creditors, to $61,422.00 total paid in through December 2016, then $5,532.00 beginning January 2017 for the remaining 45 months of the plan with no less than 0% to unsecured creditors.

Dated: 01-27-17

David P. Cusick
Trustee

Dated: February 11, 2017

United States Bankruptcy Judge

RECEIVED
February 10, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005979029

1