3

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 15-27566-C-13C |
| | DCN: DPC-3 |
| JEFFREY S NEITHERCUTT | DECLARATION OF KIMBERLY |
| BECKY L NEITHERCUTT | BRANDT IN SUPPORT OF |
| | TRUSTEE'S MOTION TO DISMISS |
| | DATE: JULY 26, 2017 |
| | TIME: 9:00 A.M. |
| | JUDGE: KLEIN |
| Debtor(s) | COURTROOM: 33, 6TH FLOOR |

I, KIMBERLY BRANDT, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

///

///

1

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

3. I have reviewed the Trustee's records and show to date the debtor has paid a total of $83,550.00 with the last payment received on April 12, 2017. The Trustee shows a total of $94,614.00 is due, so the debtor is delinquent $11,064.00.

The Trustee has received the following plan payments in the above referenced case:

| Date | Payee / Batch | | Check / Source | Receipts | Total |
|---|---|---|---|---|---|
| 4/12/2017 | 47421 | 88356 | CASHIERS CHECK | $5,532.00 | |
| 3/7/2017 | 47221 | 75436 | CASHIERS CHECK | $5,532.00 | |
| 2/8/2017 | 47078 | 66275 | CASHIERS CHECK | $5,532.00 | |
| 1/13/2017 | 46945 | 56339 | CASHIERS CHECK | $5,532.00 | |
| 12/7/2016 | 46767 | 42060 | CASHIERS CHECK | $4,418.00 | |
| 11/9/2016 | 46627 | 33558 | CASHIERS CHECK | $4,418.00 | |
| 10/11/2016 | 46460 | 24103 | CASHIERS CHECK | $4,418.00 | |
| 9/8/2016 | 46265 | 11583 | CASHIERS CHECK | $4,418.00 | |
| 8/11/2016 | 46101 | 03832 | CASHIERS CHECK | $208.00 | |
| 8/9/2016 | 46089 | 01391 | CASHIERS CHECK | $4,418.00 | |
| 6/27/2016 | 45856 | 85799 | CASHIERS CHECK | $4,400.00 | |
| 6/27/2016 | 45856 | 85794 | CASHIERS CHECK | $4,400.00 | |
| 5/9/2016 | 45593 | 68946 | CASHIERS CHECK | $4,406.00 | |
| 4/7/2016 | 45400 | 58180 | CASHIERS CHECK | $4,500.00 | |
| 3/3/2016 | 45194 | 45000 | CASHIERS CHECK | $4,403.00 | |
| 2/1/2016 | 45014 | 33200 | CASHIERS CHECK | $4,406.00 | |
| 1/6/2016 | 44870 | 24583 | CASHIERS CHECK | $4,203.00 | |
| 12/1/2015 | 44688 | 13623 | CASHIERS CHECK | $4,203.00 | |
| 11/5/2015 | 44553 | 05557 | CASHIERS CHECK | $4,203.00 | |
| | | | Totals: | $83,550.00 | $0.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2017, at Folsom, California.

*Kimberly Brandt*
Kimberly Brandt